IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-CV-01351-WDM-PAC

MANUFACTURERS' LEASE PLANS, INC.
    Plaintiff,

v.

1. ANA, INC. and
2. ASSAD BOULOS
    Defendants.

## AGREED ORDER

On this day the Court considered the parties' agreement that the above-captioned proceeding should be remanded to state court. It is accordingly,

ORDERED that the above-captioned proceeding is remanded to the District Court, City and County of Denver, Colorado. It is

FURTHER ORDERED that each party shall bear their own costs and attorney's fees.

SIGNED this 24th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

AGREED AND ENTRY REQUESTED:

| | |
|---|---|
| /s/ Percy L. "Wayne" Isgitt | /s/ Harry Simon |
| Percy L. "Wayne" Isgitt | Harry Simon |
| TSB No. 10433000 | No. 7942 |
| 4801 Woodway, Ste. 222E | 7100 East Hampden Ave. |
| Houston, TX 77056 | Denver, CO 80224 |
| (713) 572-7678; (713) 572-6585 Fax | (303) 758-6601 |
| pisgitt@isgitt-law.com | Hsimon@hlsimonlaw.com |
| **Attorney for Defendants** | **Attorney for Plaintiff** |